## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __JEFF PAPA__
was received by me on *(date)* __MARCH 30, 2022__

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* __APRIL 4, 2022__, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____
_____ ; or

☐ Other *(specify)* _____
_____
_____

My fees are $ __50.00__ for travel and $ __100.00__ for services, for a total of $ __150.00__ 0.00

I declare under penalty of perjury that this information is true.

Date: __April 4, 2022__

_____
Server's signature

__Bill Kemp   STATE MARSHAL__
Printed name and title

__1 BANK ST, STAMFORD, CT__
Server's address

Additional information regarding attempted service, etc: